```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :    20cr377 (DLC)
                                        :
            -v-                         :    ORDER
                                        :
TODD MCCLAIN,                           :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    The defendant is scheduled to be sentenced on October 23, 2020. In a letter dated October 7, 2020, defense counsel Harvey Fishbien advised the Court of the defendant's preference to be present in court for sentencing. Additionally, Mr. Fishbien requested that he be permitted to participate by telephone while his associate, Jodi Morales, will appear in person. Accordingly, it is hereby

    ORDERED that sentencing shall proceed in Courtroom 18B, 500 Pearl Street on October 23 at 10 a.m.

    IT IS FURTHER ORDERED that Mr. Fishbien is permitted to participate by telephone. Counsel shall use the following dial-in credentials for the telephone conference:

        Dial-in:      888-363-4749
        Access code:  4324948

    IT IS FURTHER ORDERED that counsel shall use a landline if one is available.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2020

IT IS FURTHER ORDERED that in light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse.  **To gain entry to 500 Pearl Street, follow the instructions provided here:**

>https://nysd.uscourts.gov/sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse.  Individuals also must wear face masks at all times in the courthouse unless the Court authorizes their removal.

IT IS FURTHER ORDERED that by **October 13, 2020** defense counsel must advise the Court of how many spectators will attend the sentencing.  The parties must advise the Court by the same date how many individuals will be seated at counsel's tables.  Special accommodations may need to be made if more than **ten** spectators are expected to attend, or more than **three** individuals are expected to be seated at each counsel's table.

IT IS FURTHER ORDERED that members of the press and family members who are not able to attend the in court sentencing of the defendant may listen to the sentencing proceeding through a telephone link by calling **888-363-4749** and using access code **4324948**.

Dated:   New York, New York
         October 8, 2020

					_____
					DENISE COTE
					United States District Judge

3