```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :      20cr0377(DLC)
                                         :
              -v-                        :         ORDER
                                         :
TODD McCLAIN,                            :
                                         :
                   Defendant.            :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Defendant Todd McClain, who is in custody, is represented by appointed counsel Harvey Fishein, Esq. On October 17, 2020, Jeff Chabrowe, Esq. filed a notice of appearance on behalf of the defendant. It is hereby

ORDERED that a telephone conference is scheduled for **October 20, 2020** at **3 p.m.** The parties shall use the following dial-in credentials for the telephone conference:

```
Dial-in:        888-363-4749
Access code:    4324948
```

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:   New York, New York
         October 19, 2020

                                        _____
                                              DENISE COTE
                                        United States District Judge