```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
 UNITED STATES OF AMERICA,              :    20cr377 (DLC)
                                        :
           -v-                          :        ORDER
                                        :
 TODD MCCLAIN,                          :
                          Defendant.    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    For the reasons set forth on the record on October 20 2020, it is hereby

    ORDERED that C.J.A. counsel Harvey Fishbein is relieved as counsel for the defendant and the appearance by retained counsel Jeffrey Chabrowe is accepted.

    IT IS FURTHER ORDERED that the October 23, 2020 sentencing date is rescheduled to **November 13, 2020** at **2 p.m.** in Courtroom 18B, 500 Pearl Street.

    IT IS FURTHER ORDERED that defendant's supplemental sentencing submission shall be due **November 6**.  Any supplemental submission by the Government shall be due **November 11**.

Dated:    New York, New York
          October 20, 2020

                                        _____
                                          DENISE COTE
                                United States District Judge