UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
 UNITED STATES OF AMERICA,              :          20cr377 (DLC)
                                        :
             -v-                        :             ORDER
                                        :
 TODD MCCLAIN,                          :
                      Defendant.        :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the November 13, 2020 in-person

sentencing is adjourned to **November 20, 2020** at **12 p.m.** in

Courtroom 18B, 500 Pearl.


Dated:    New York, New York
          November 10, 2020



                                _____
                                   DENISE COTE
                           United States District Judge