UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
 UNITED STATES OF AMERICA,                :      20cr377 (DLC)
                                          :
            -v-                           :      ORDER
                                          :
 TODD MCCLAIN,                            :
                          Defendant.      :
                                          :
-----------------------------------------X

DENISE COTE, District Judge:

   At the request of counsel for the defendant and with consent of the Government, it is hereby

   ORDERED that the November 20, 2020 in-person sentencing is adjourned to **December 10, 2020** at **11 a.m.** in Courtroom 18B, 500 Pearl.

Dated:    New York, New York
          November 10, 2020

                                  _____
                                        DENISE COTE
                                  United States District Judge