```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
 UNITED STATES OF AMERICA,              :    20cr377 (DLC)
                                        :
              -v-                       :    REVISED ORDER
                                        :
 TODD MCCLAIN,                          :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

At the request of counsel for the defendant and with consent of the Government, it is hereby

ORDERED that the November 20, 2020 in-person sentencing is adjourned to **December 11, 2020** at **11 a.m.** in Courtroom 18B, 500 Pearl.

Dated:   New York, New York
         November 10, 2020

_____
                          DENISE COTE
                United States District Judge