```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
  UNITED STATES OF AMERICA,             :       20cr377 (DLC)
                                        :
                -v-                     :       ORDER
                                        :
  TODD MCCLAIN,                         :
                         Defendant.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

The defendant is scheduled to be sentenced in an in-court proceeding on December 11, 2020 at 11:00 a.m.  Due to the rising number of COVID-19 cases in New York City, it is hereby

ORDERED that the December 11 sentencing proceeding shall occur remotely as a videoconference proceeding via the CourtCall platform on **December 8** at **11:00 a.m.**  Any objection must be submitted to the Court no later than **Wednesday, December 2.**

Dated:   New York, New York
         November 24, 2020

                                    _____
                                              DENISE COTE
                                     United States District Judge