```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :        20cr377 (DLC)
                                         :
            -v-                          :        ORDER
                                         :
 TODD MCCLAIN,                           :
                         Defendant.      :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

The Court rescheduled the December 15, 2020 sentencing to December 18 to occur in-person rather than by videoconference as defense counsel's letter of December 3 indicated was his client's preference.  Accordingly, it is hereby

ORDERED that sentencing shall proceed in Courtroom 18B, 500 Pearl Street on **December 18** at **2 p.m.**

IT IS FURTHER ORDERED that in light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse.  **To gain entry to 500 Pearl Street, follow the instructions provided here**:

> https://nysd.uscourts.gov/sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse.  Individuals also must wear face masks at all times in the courthouse unless the Court authorizes their removal.

IT IS FURTHER ORDERED that by **December 11, 2020** defense counsel must advise the Court of how many spectators will attend the sentencing.  The parties must advise the Court by the same date how many individuals will be seated at counsel's tables.  Special accommodations may need to be made if more than **ten** spectators are expected to attend, or more than **three** individuals are expected to be seated at each counsel's table.

IT IS FURTHER ORDERED that members of the press and family members who are not able to attend the in court sentencing of the defendant may listen to the sentencing proceeding through a telephone link by calling **888-363-4749** and using access code **4324948**.

Dated:   New York, New York
         December 8, 2020

                                    _____
                                           DENISE COTE
                                    United States District Judge