# THE LAW OFFICE OF JEFF CHABROWE

*261 Madison Avenue, 12th Floor New York, NY 10016 | Tel. 917.529.3921 | F 212.736.3910*

December 10, 2020
via ECF

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2020

**Re: U.S. v. McClain; 20-cr-377 (DLC)**

Your Honor,

We represent defendant Todd McClain in the above-referenced matter. Mr. McClain's sentencing hearing is currently scheduled for December 18, 2020 at 2:00 p.m. We respectfully request that Mr. McClain's sentencing be adjourned until December 21, 22, 27, or 30.

Thank you for granting our request for an in-person sentencing hearing. We are currently scheduled for sentencing on December 18, 2020 in another Southern District of New York criminal matter, case No. 20 Cr. 441, in front of the Honorable Cathy Seibel. This is a matter in which the defendant has been incarcerated since March. This matter has been scheduled for sentencing before Judge Seibel on December 18 for well over a month and we would like to keep the date, because we believe that our client is eligible to receive time served. The sentencing hearing commences at 11:00 a.m. and we anticipate that it will not conclude until at least 1:00 p.m. We respectfully request an adjournment so that Mr. McClain's sentencing hearing will not conflict with another client's.

Thank you for your time and consideration.

Respectfully,

*Jeffrey Chabrowe*

Jeff Chabrowe, Esq.
*Counsel for Todd McClain*
cell 917-529-3921
email jeff@chabrowe.com

On December 4, the defendant was notified that his in-court sentence would occur on December 18 at 2 p.m. IT IS HEREBY ORDRED that the December 18 sentence will take place at 3 p.m. in Courtroom 18B, 500 Pearl Street. The defendant's request for a further adjournment of his sentence, originally scheduled for October 23, is denied.
So Ordered: 12-11-2020

*Denise Cote*
DENISE COTE
United States District Judge