UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
 UNITED STATES OF AMERICA,              :          20cr377 (DLC)
                                        :
              -v-                       :          ORDER
                                        :
 TODD MCCLAIN,                          :
                          Defendant.    :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

     IT IS HEREBY ORDERED that the December 17, 2020 in-person

sentencing is rescheduled to **December 18, 2020** at **3 p.m.** in

Courtroom 18B, 500 Pearl.


Dated:    New York, New York
          December 16, 2020



                              _____
                                       DENISE COTE
                              United States District Judge