```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :     20cr377(DLC)
                                         :
            -v-                          :     ORDER
                                         :
TODD MCCLAIN,                            :
                        Defendant.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The defendant is scheduled to be sentenced on December 18, 2020 at 3 p.m. in Courtroom 18B.  It is hereby

ORDERED that members of the public may listen to the proceeding through a telephone link by calling **888-363-4749** and using access code **4324948**.

Dated:   New York, New York
         December 17, 2020

                              _____
                                      DENISE COTE
                              United States District Judge