UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

UNITED STATES OF AMERICA : 20cr377(DLC)

-v- : ORDER

TODD MCCLAIN,
Defendant.

---------------------------------------- X

DENISE COTE, District Judge:

On December 18, 2020, defendant Todd McClain was sentenced principally to a term of imprisonment of 87 months' imprisonment. He distributed carfentanil that he had obtained over the dark web. Carfentanil is a deadly, potent fentanyl analogue. He has a substantial criminal record, including convictions for drug and weapons offenses.

On May 11, 2026, McClain asked for the early termination of supervised release. His three-year term began on February 18, 2025. Given the nature of the offense and the defendant's criminal history record, both of which are extremely serious, it is hereby

ORDERED that the defendant's May 11, 2026 request for early termination of his term of supervised release is denied.

Dated: New York, New York
October 2, 2026

DENISE COTE
United States District Judge